MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
TARUN VERMA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TARUN VERMA<br><br>　　　　　　Defendants. | CASE NO. 5:24-po-00062-CDB<br>　　　　　　5:24-mj-00041-CDB<br><br>DEFENDANT TARUN VERMA'S REQUEST AND [~~PROPOSED~~] ORDER TO APPEAR VIA ZOOM |

　　　Tarun Verma, by and though his counsel of record, Monica L. Bermudez, hereby request the following:

1. By previous order, this matter is currently scheduled for a status conference on December 3, 2024, at 10:00 a.m. before the Honorable Christopher Baker.

2. Mr. Verma is a citizen of India and is currently residing in New Delhi, India.

3. Counsel has continued to be in contact with Mr. Verma via phone and email.

4. Mr. Verma has agreed to enter into a plea of guilty to the amended Information. The United States Attorney's Office is requiring a fine of $2000 to paid in full, $100 mandatory special assessment, $30 processing fee if it applies, and appellate waiver.  No probation as Mr. Verma is no longer in the country.

1

5. Mr. Verma recognizes the importance of the charges. It is not his intention to evade the Court.

6. As such, counsel is requesting Mr. Verma be allowed to appear via video conference so he can enter a plea of guilty and resolve the pending charges.

DATED: December 2, 2024

                                        /s/ Monica L. Bermudez
                                        MONICA L. BERMUDEZ
                                        Counsel for Defendant
                                        TARUN VERMA

**O R D E R**

For good cause appearing based on counsel's representations regarding Defendant's background and current circumstances, IT IS SO ORDERED Defendant Tarun Verma is authorized to appear for the status conference and anticipated change of plea via video/Zoom teleconference on December 3, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  December 3, 2024

                                        UNITED STATES MAGISTRATE JUDGE